United States District Court
Northern District of New York

| | | |
|---|---|---|
| Jennifer Rena Rogers, | ) | Case 5:20-cv-01262-GTS-DJS |
| *Plaintiff*, | ) | |
| | ) | Glenn T. Suddaby |
| vs. | ) | Chief Judge |
| | ) | |
| Kilolo Kijakazi, | ) | Daniel J. Stewart |
| Acting Commissioner of the Social | ) | United States Magistrate Judge |
| Security Administration, | ) | |
| *Defendant*. | ) | |

## Order

This matter is before the Court on the parties' stipulation to remand this case for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

It is hereby ORDERED that this case should be remanded for further administrative proceedings under 42 U.S.C. § 405(g). On remand, the Appeals Council will instruct the ALJ to offer plaintiff the opportunity for a hearing , take further action to complete the administrative record and issue a new decision. The parties consent to the entry of judgment under Rule 58 of the Federal Rules of Civil Procedure.

Dated: November 4, 2021

Hon. Glenn T. Suddaby
Chief U.S. District Judge